UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MYKAYLA FAGNANI

                                    Plaintiff,                                **ORDER**

                    -against-                                    **22-cv-10840 (PGG) (JW)**

THE CHRISTMAS PALACE, LLC,

                                    Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a conference on May 10, 2023.

First, as discussed at the conference, the proposed case management plan, submitted on May 3, 2023, Dkt. No. 13, is approved.

Second, the Parties stipulated that Discovery shall be bifurcated such that the first 90 days will focus solely on standing. The Parties shall jointly file a letter by August 8, 2023, updating the Court on the status of the case.

Third, the Parties agreed to schedule a settlement conference. The Parties are directed to confer on available dates and to contact Courtroom Deputy Christopher Davis via email **by May 24, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in June, July, or August.  As discussed during the call, any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. Generally, parties must attend in-person with their counsel, however, Defendant is permitted to attend via telephone

from Florida. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

      SO ORDERED.

DATED:    New York, New York
             May 15, 2023

                                                        *Jennifer E. Willis*

                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge