UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

    v.

THE CHRISTMAS PALACE, LLC,

                Defendant.

**ORDER**

22 Civ. 10840 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled (see Dkt. No. 18), it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of this action to the calendar of the undersigned, in which event the action will be restored and The Christmas Place, LLC will be restored as a Defendant.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated:  New York, New York
         September 10, 2024

SO ORDERED.

*[signature: Paul S. Gardephe]*

Paul G. Gardephe
United States District Judge